IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK KEEL, et al.,** | : | CIVIL ACTION |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | NO. 15-1507 |
| | : | |
| **DAVID AXELROD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this 1st day of December, 2015, upon consideration of Defendants David David Axelrod and Penguin Random House, LLC's "Motion to Dismiss the Complaint" (Doc. No. 12), the response and reply thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. Plaintiffs' claims under 15 U.S.C. § 1125(a) and Pennsylvania's law on unfair competition are **DISMISSED** with prejudice. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

**Mitchell S. Goldberg, J.**